[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 08-13185
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 15, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 07-00277-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHIEMERE NICOLE THEARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(December 15, 2008)

Before BIRCH, CARNES and HULL, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Chiemere Theard, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to <u>Anders</u> <u>v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Theard's convictions and sentences are **AFFIRMED**.